**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERT TERWILLIGER,                             CASE NO.: 8:17-cv-119-T-35TGW

    Plaintiff,

vs.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

RECORD:

    PLEASE TAKE NOTICE that Plaintiff and the Defendant have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between parties for review and approval. Once all the appropriate signatures have been obtained, an executed copy of the Stipulation of Dismissal of the entire action will be filed.

IT IS SO STIPULATED.

    Dated this 8th day of March, 2017.

29305678 v1

Robert Terwilliger v. Capital One Bank (USA), N.A.<br>8:17-cv-119-T-35TGW

Respectfully Submitted,

<u>/s/ Ryan C. Torrens, Esq.</u>
RYAN C. TORRENS, ESQ.
FL Bar No.: 0089407
Torrens Law Group, P. A.
2201 W. Dekle Ave.
Tampa, FL 33606
Tel:  813.260.4883
Fax: 813.354.2357
ryan@torrenslawgroup.com
*Counsel for Robert Terwilliger*

<u>/s/ Megan P. Stephens</u>
Megan P. Stephens (FL Bar No. 0092557)
BURR & FORMAN LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: 205-251-3000
Facsimile: 205-413-8701
Email: mstephens@burr.com
*One of the attorneys for Capital One Bank (USA), N.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 8, 2017, a true and correct copy of the foregoing was filed via the CM/ECF system, which will send notice of electronic filing to the following:

Megan Stephens, Esq.
Burr Forman LLP
420 N. 20th St.
Suite 3400
Birmingham, AL 35203
Tel:  205-458-5289
Fax: 205-714-6893
mstephens@burr.com
*Counsel for Defendant*

Robert Terwilliger v. Capital One Bank (USA), N.A.
8:17-cv-119-T-35TGW

*/s/ Ryan C. Torrens, Esq.*
RYAN C. TORRENS, ESQ.

29305678 v1